# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00284-CV

### In re Archon Design, L.L.C. and E-Mex Holdings, L.L.C.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Rosa Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Filed: July 21, 2023